Rodney L. CONYER, Petitioner—Appellant,

v.

**UNITED STATES of America, Plaintiff—Appellee.**

No. 05–6899.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2005.

Decided Dec. 5, 2005.

Rodney L. Conyer, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney L. Conyer appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Conyer v. United States,* No. CA–05–220 (W.D.Va. Apr. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*